**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6368

WAYNE DOUGLAS BUTTS,

Plaintiff - Appellant,

versus

MS. DUNN, Nurse at Haynesville Correctional
Center; BRENDA LEWIS, Nursing Supervisor at
Haynesville Correctional Center; L. CORNER,
Operations Officer at Haynesville Correctional
Center; GENE M. JOHNSON, Director of the
Virginia Department of Corrections; D. T.
MAHON, Warden of Haynesville Correctional;
STACY ALLEN, Hearings Officer for Haynesville
Correctional Center; MS. KIRKSEY, Nurse at
Haynesville Correctional Center; MS. ELAM,
Nurse at Haynesville Correctional Center,

Defendants - Appellees,

and

DR. OFAR, Medical Director,

Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:06-cv-00579-JBF)

Submitted:  October 29, 2007      Decided:  November 15, 2007

Before NIEMEYER and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Wayne Douglas Butts, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Douglas Butts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butts v. Dunn, No. 2:06-cv-00579-JBF (E.D. Va. filed Feb. 23, 2007, entered Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED